Aaron M. Cohn, Esq. (SBN 264756)
acohn@wwhgd.com
Weinberg Wheeler Hudgins Gunn & Dial, LLP
3350 Virginia Street, Suite 500
Miami, FL 33133
Telephone: 415-200-7667
Facsimile:  305-455-9501
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY PAGE,<br><br>                Plaintiff,<br><br>vs.<br><br>RESPONSE MARKETING GROUP, LLC, a Utah limited liability company, and MARK BROBERG,<br><br>                Defendants. | Case No.: 22-cv-06194-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RESPONSE MARKETING GROUP, LLC (ONLY)** |

PLEASE TAKE NOTICE THAT Plaintiff, SALLY PAGE, hereby voluntarily dismisses her claims against Defendant, RESPONSE MARKETING GROUP, LLC, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Notice has been filed prior to service of an answer or of a motion for summary judgment by Response Marketing Group.

This Notice is *not* a dismissal of the claims against other Defendant, Mark Broberg. The claims against Broberg remain active.

Dated this 4th day of November, 2022:

        Respectfully submitted,

/s/ *Aaron M. Cohn*
Aaron M. Cohn, Esq.
Cal. Bar No. 264756
acohn@wwhgd.com
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
3350 Virginia Street, Suite 500
Miami, Florida 33132
Telephone:  (415) 200-7667
Facsimile:   (305) 455-9501
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, the foregoing documents was electronically filed with the Clerk of the Court using CM/EFC, which will send a notice of electronic filing to the counsel or parties of record.

*/s/  Aaron M. Cohn*
Aaron M. Cohn
