UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY PAGE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RESPONSE MARKETING GROUP, LLC, a Utah limited liability company, and MARK BROBERG,<br><br>　　　　　Defendants. | Case No.: 22-cv-06194-NC<br><br>**ORDER OF DISMISSAL**<br><br>**RE: DKT. NO. 46** |

The Court, having reviewed the Stipulation of Dismissal, ORDERS as follows:

Mark Broberg is dismissed from this action with prejudice. The case is closed. The Court shall retain jurisdiction to enforce the settlement agreement reached between Plaintiff and Mr. Broberg.

　　**IT IS SO ORDERED**.

Dated: February 15, 2024

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE